No. 88–5487.   IN RE BALAWAJDER.   Petition for writ of mandamus denied.

No. 88–5318.   IN RE YOUNGS-SETTLE;
No. 88–5354.   IN RE DOUGLASS; and
No. 88–5400.   IN RE RADVAN-ZIEMNOWICZ.   Petitions for writs of mandamus and/or prohibition denied.

No. 87–2127.   AMERICAN FOREIGN SERVICE ASSN. ET AL. v. GARFINKEL, DIRECTOR, INFORMATION SECURITY OVERSIGHT OFFICE, ET AL.   Appeal from D. C. D. C.   Probable jurisdiction noted.

No. 88–411.   MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. v. GIARRATANO ET AL.   C. A. 4th Cir. Certiorari granted.

No. 87–1350.   O. N. E. SHIPPING, LTD. v. FLOTA MERCANTE GRANCOLOMBIANA, S. A., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–7129.   SCARTZ v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–7143.   COSENTINO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–7159.   CLAWSON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–7168.   WOLF ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 87–7170.   WHITTINGTON v. MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 87–7223.   LEWIS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–7228.   DAILEY v. WEST VIRGINIA DEPARTMENT OF WELFARE.   C. A. 4th Cir.   Certiorari denied.